PANISH | SHEA | BOYLE | RAVIPUDI LLP
RAHUL RAVIPUDI, State Bar No. 204519
 *ravipudi@psblaw.com*
SRINIVAS HANUMADASS, State Bar No. 228547
 *hanumadass@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND STANIFORTH, | Case No.: 3:22-CV-1609-CAB-MSB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, a government entity | |
| Defendant. | |

**NOTICE OF DISMISSAL**

Please take NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) this complaint is to be dismissed without prejudice.

Dated: December 29, 2022        Respectfully submitted,


                                By:    */s/ Srinivas Handumadass*
                                       Srinivas Hanumadass, Esq.
                                       Attorneys for Plaintiff

NOTICE OF DISMISSAL

# PROOF OF SERVICE

**Raymond Staniforth v. USA**
**Case No. 22-CV1609 CAB MSB**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90025.

On December 29, 2022, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL** on the interested parties in this action as follows:

Randy S. Grossman, Esq.
Michael A. Gabrabed, Esq.
UNITED STATES ATTORNEYS
Office of the United States Attorney
880 Front street, Room 6293
San Diego, CA 9101
Tel: (619)557-7703
Email: Michael.Garabed@usdoj.gov

*Attorneys for Defendants,*
*UNITED STATES*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2022, at Los Angeles, California.

                                          /s/ Jaqueline Lucio
                                          Jaqueline Lucio